IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 06-285-1 |
| v. | : | CIVIL ACTION No. 10-3464 |
| KAREEM MILLHOUSE | : | |

**ORDER**

AND NOW, this 30th day of September, 2013, it is ORDERED Defendant Kareem Millhouse's Third Motion for Extension of Time (Document 187) and Motion to Compel Release of Documents (Document 188) are DENIED.

It is further ORDERED Millhouse's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Document 163), as amended to include the two additional grounds asserted in Document 166, is DENIED. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.