IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 06-285-1 |
| | : | |
| KAREEM MILLHOUSE | : | |

## ORDER

AND NOW, this 18th day of November, 2020, upon consideration of pro se Defendant Kareem Millhouse's "Motion to Reduce Sentence Under 3582(c)(1)(A)" and supplemental motions seeking the same relief, the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 236, 247, 252, and 261) are DENIED.

It is further ORDERED:

- Millhouse's Motion for Leave to Supplement Motion Under 18 U.S.C. § 3582(c)(1)(A) (Document 238) is GRANTED. The Supplemental Motion shall be deemed filed.

- Millhouse's Motion for Recusal of Counsel (Document 237) is DENIED pursuant to the Court's May 31, 2018, Order (Document 231).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.