IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 06-285 |
| KAREEM MILLHOUSE : | |

## ORDER

AND NOW, this 7th day of March, 2022, it is hereby ORDERED that Defendant Kareem Millhouse's Pro Se Motions for Compassionate Release (Document Nos. 303, 309, 310) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.