IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 06-285-1 |
| v. | : | |
| | : | CIVIL ACTION |
| KAREEM MILLHOUSE | : | NO. 16-3060 |

## ORDER

AND NOW, this 1st day of April, 2024, upon consideration of Defendant Kareem Millhouse's Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document Nos. 220 and 235) and the Government's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Juan R. Sánchez

_____
Juan R. Sánchez,            J.