IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 06-285-1 |
| | : | |
| KAREEM MILLHOUSE | : | |

## **ORDER**

AND NOW, this 2nd day of May 2025, upon consideration of Defendant Kareem Millhouse's pro se Motions for Compassionate Release (ECF Nos. 358, 376, 387) and the Government's responses to the motions, and for the reasons explained in the accompanying Memorandum, it is ORDERED the Motions are DENIED.

It is further ORDERED Millhouse's pro se Motions to Compel (ECF Nos. 383, 388) are DENIED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Millhouse asserts he sent certain exhibits or affidavits relevant to his compassionate release motions to his former attorney, Rocco C. Cipparone, Jr., Esquire, for review. He asks the Court to compel Attorney Cipparone to either forward the materials to the Court or return them to him. Although Attorney Cipparone represented Millhouse at trial and on direct appeal, he has not represented Millhouse in any of his subsequent filings in this case. It is not clear whether he received the materials Millhouse sent him, as they appear to have been sent to an outdated address. Therefore, the Court has forwarded the motions to compel to Attorney Cipparone so that he may respond as he deems appropriate.